UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAUNTEL ANDREWS ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 1:16 C 6949 |
| v. ) | Judge Marvin E. Aspen |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION AND ORDER

MARVIN E. ASPEN, District Judge:

Presently before us is Shauntel Andrews' pro se motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence and his motion requesting we hold his § 2255 motion "in abeyance while awaiting decision in [his] successive motion due to deadline for Johnson claims." (Dkt. Nos. 1, 3.) The "successive" application Andrews refers to is Case No. 16 C 8051, which was commenced on August 11, 2016 after the Seventh Circuit allowed his § 2244(b)(3) motion to file a second or successive application under § 2255 and authorized us to consider his claim. It appearing that the claims raised in the instant motion are identical to those raised in his § 2255 motion filed in Case No. 16 C 8051, we hereby grant Andrews' motion to stay pending judgment in the related action.

_____
Honorable Marvin E. Aspen
United States District Judge

Dated: January 13, 2017
Chicago, Illinois

1